UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOSGNAN TAVIRA,

                Plaintiff,

– against –

MONTE PIZZA & PASTA CORP., 1 FABENE PIZZA CORP., *and* CIRO LOPEZ LUCAS,

                Defendants.

**ORDER**

25-cv-01850  (ER)

Ramos, D.J.:

      Hosgnan Tavira filed a complaint against Monte Pizza & Pasta Corp., 1 Fabene Pizza Corp., and Ciro Lopez Lucas on March 5, 2025.  Doc. 1.  Monte Pizza & Pasta and Fabene Pizza were served on March 24, 2025, and Lopez Lucas was served on August 7, 2025.  Docs. 6, 7, 12.  Since then, there has been no activity in this case.  Tavira is directed to submit a status letter by October 10, 2025.

Dated:   October 2, 2025
            New York, New York

                                                                  EDGARDO RAMOS, U.S.D.J.