UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOSGNAN TAVIRA,

                              Plaintiff,

            – against –

MONTE PIZZA & PASTA CORP., 1 FABENE
PIZZA CORP., and CIRO LOPEZ LUCAS,
                              Defendants.

**ORDER**

25-cv-01850 (ER)

Ramos, D.J.:

        Hosgnan Tavira filed a complaint against Monte Pizza & Pasta Corp., 1 Fabene Pizza

Corp., and Ciro Lopez Lucas on March 5, 2025. Doc. 1. On October 9, 2025, the parties

stipulated that the defendants' deadline to answer, move, or otherwise respond to the complaint

would be extended to November 20, 2025. Doc. 14. The Court ordered the stipulation the same

day. Doc. 16. Since then, there has been no activity in this case. Tavira therefore is directed to

submit a status letter by January 21, 2026. Failure to do so may result in a dismissal for failure

to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Dated:   January 14, 2026
         New York, New York

                                                    _____
                                                    EDGARDO RAMOS, U.S.D.J.