UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOSGNAN TAVIRA,

Plaintiff,

– *against* –

MONTE PIZZA & PASTA CORP., 1 FABENE PIZZA CORP., and CIRO LOPEZ LUCAS,

Defendants.

**ORDER**

25 Civ. 1850 (ER)

RAMOS, D.J.:

The Court having been advised that the parties have reached agreement on all issues after mediation, the parties are hereby directed to submit their agreement for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by no later than October 2, 2026.

It is SO ORDERED.

Dated: September 18, 2026
New York, New York

Edgardo Ramos, U.S.D.J.