Law Office of Mohammed Gangat
220 9th St, Suite 2049, Jersey City, NJ 07302
(718) 669-0714 mgangat@gangatpllc.com

VIA ECF October 2, 2026

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

**MEMO ENDORSED**

RE: ***Hosgnan Tavira v Monte Pizza & Pasta Corp., et al***
Docket No. 1:25-cv-01850-ER

Dear Judge Ramos:

We represent Plaintiff Tavira in the above-referenced action. We write this letter jointly with Defendants counsel to ask for a 31-day extension of the deadline to submit the materials needed to resolve this action. That deadline is currently October 2, 2026 under the Court's Order (Dkt. No. 35). We ask that it be extended to November 2, 2026. This is the parties' first request for an extension of this deadline.

At the mediation held on September 15, 2026, the parties reached agreement on the material terms of a resolution. Since then, the parties have been working on the documents needed to carry out that resolution. However, defense counsel recently had to deal with a serious medical matter that required his immediate attention and kept him from working on this case for much of the past several weeks. Counsel has now resumed work on the matter, and the parties are working diligently to finalize the necessary papers.

The parties expect that the additional time requested will be sufficient to complete this process and make the appropriate submission to the Court. This request is made in good faith and not for purposes of delay, and no other scheduled dates will be affected.

We appreciate the Court's consideration of this request.

The application is _x_ granted
____ denied

Edgardo Ramos, U.S.D.J
Dated: October 5, 2026
New York, New York

Respectfully submitted,

/s Eliseo Cabrera
Eliseo Cabrera, Esq.